SEALED

FILED - USDC - FLMD - ORL NOV 4 2026 PM2:21

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

EDWARD MCCLINTON

CASE NO. 6: 26-cr- 274- JSS- NWH
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about January 15, 2026, in the Middle District of Florida, the defendant,

EDWARD MCCLINTON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Grand Theft, on or about June 23, 2015,

2. Possession of a Firearm by a Convicted Felon, on or about August 30, 2001, and

3. Aggravated Battery Causing Great Bodily Harm, on or about July 7, 1993,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith and Wesson Revolver .38 Special.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about January 15, 2026, in the Middle District of Florida, and elsewhere, the defendant,

EDWARD MCCLINTON,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any

property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, the following: a Smith and Wesson .38 Special and associated ammunition seized on January 15, 2026.

5. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

[redacted]

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Kaley Austin-Aronson
Assistant United States Attorney

By: ______________________________
Kara Wick
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
November 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

EDWARD MCCLINTON

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

[redacted]

Filed in open court this 4th day of November 2026.

Clerk

Bail $____________